IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN EUGENE JACKSON,
ADC #134338                                                                PETITIONER

v.                              No. 5:14-cv-388-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction                        RESPONDENT

# ORDER

In March, the Court granted Jackson's motion to voluntarily dismiss his habeas petition. № 11. But no separate Judgment issued. FED. R. CIV. P. 58(a) & (c)(2)(B); *Jeffries v. United States*, 721 F.3d 1008, 1012–13 (2013). Jackson now asks for a stay instead of dismissal. № 12. Because Judgment hasn't been entered, and in the interests of justice to allow Jackson to possibly pursue relief in the Arkansas courts, the Court vacates the dismissal, № 11. FED. R. CIV. P. 60(b)(6). The Court refers this case back to Magistrate Judge Volpe to consider Jackson's motion on its merits, № 12.

---

*The Court directs the Clerk to amend the docket to reflect the current Director of the Arkansas Department of Correction, Wendy Kelley. FED. R. CIV. P. 25(d).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  7 August 2015